**Earl Chance PITT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103286**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 30, 2016

FOR APPELLANT: Matthew Huckeby, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

FOR RESPONDENT: Chris Koster, Mary H. Moore, P.O. Box 899, Jefferson City, Missouri 65102.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Earl Chance Pitt ("Movant") appeals from the motion court's judgment denying his amended motion for post-conviction re-

lief pursuant to Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).